FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 1:04 pm, Oct 07, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| STANLEY LARATTE, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-92 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS, | * | |
| | * | |
| Respondent. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 3. Petitioner Stanley Laratte ("Laratte") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Laratte's 28 U.S.C. § 2241 Petition for failure to follow this Court's directive, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Laratte *in forma pauperis* status on

appeal.

**SO ORDERED**, this ___6___ day of ___October___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA