AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 4:00 pm, Oct 08, 2020

STANLEY LARATTE,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV520-92

TRACY JOHNS,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered 10/8/20, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, the petition filed pursuant to 28 U.S.C. § 2241 is DISMISSED without prejudice and in forma pauperis status on appeal is DENIED. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

October 8, 2020
Date

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk



GAS Rev 10/2020